No. 20-17021, 21-15589

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SHAWN JENSEN, et al.,

*Plaintiffs-Appellees,*

and

VICTOR ANTONIO PARSONS et al.

*Plaintiffs,*

v.

DAVID SHINN, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Arizona,
No. 2:12-cv-00601-ROS
Hon. Roslyn O. Silver

## APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL

Daniel P. Struck
Rachel Love
Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
*Attorneys for Defendants-Appellants*

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants move to dismiss these consolidated appeals. The parties have agreed to bear their own fees and costs.

RESPECTFULLY SUBMITTED this 12th day of November, 2021.

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By   s/ Nicholas D. Acedo
    Daniel P. Struck
    Rachel Love
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

Description of Document: APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL.

RESPECTFULLY SUBMITTED this 12th day of November, 2021.

          **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

          By s/ Nicholas D. Acedo
            Daniel P. Struck
            Rachel Love
            Nicholas D. Acedo
            3100 West Ray Road, Suite 300
            Chandler, Arizona  85226

          *Attorneys for Defendants-Appellants*